FORM 9A. Notice of Related Case Information | Form 9A (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 24-1061

**Short Case Caption** Allergan USA, Inc. v. MSN Laboratories Private Ltd.

**Filing Party/Entity** MSN Pharmaceuticals Inc., MSN Laboratories Private Limited., and MSN Life Sciences Private Ltd.

**Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Allergan USA, Inc., et al. v. MSN Laboratories Private Limited, et al. 1:19-cv-01727 (D. Del)

Allergan USA, Inc. et al. v. Sun Pharmaceutical Industries Ltd. 1:20-cv-01479 (D. Del)

Allergan USA, Inc. et al. v. MSN Laboratories Private Limited et al. 1:21-cv-01064 (D. Del)

Allergan USA, Inc. et al. v. Sun Pharmaceutical Industries Limited 1:21-cv-01065 (D. Del)

☐ Additional pages attached

FORM 9A. Notice of Related Case Information     Form 9A (p. 2)
     March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

---

Allergan USA, Inc., Allergan Holdings Unlimited Company;

Eden Biodesign, LLC;

Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc.;

Alkem Laboratories Limited;

Hetero Labs Limited, Hetero USA Inc.;

MSN Laboratories Private Limited, MSN Pharmaceuticals, Inc.;

Sun Pharmaceutical Industries Limited;

Zydus Pharmaceuticals (USA) Inc.

---

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

---

Jack B. Blumenfeld, Jeremy A. Tigan, MORRIS, NICHOLS, ARSHT & TUNNELL LLP;

Amy Jing Ying Zhao, Hassen Sayeed, James Yi Li, O'MELVENY & MYERS LLP

Jeffrey J. Lyons, BAKER & HOSTETLER

George J. Barry, III, Michael P. Hogan, R. Touhey Myer, Timothy H. Kratz, KRATZ & BARRY LLP

Kenneth Laurence Dorsney, MORRIS JAMES LLP

Andrea L. Cheek, Andrew E. Morrell, Carol M. Pitzel Cruz, Justin E. Culbertson, William R. Zimmerman, KNOBBE MARTENS OLSON & BEAR LLP

---

☑ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 11/02/2023     Signature: /s/ Ronald M. Daignault

     Name: Ronald M. Daignault

Form 9A. Notice of Related Case Information

Case Number: 24-1061

Short Case Caption: Allergan USA, Inc. v. MSN Laboratories Private Ltd.

**Continuation of No. 3.: Names of all law firms, partners, and associates in the cases listed above.**

David A. Bilson, John C. Phillips , Jr., PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.

Dmitry V. Shelhoff, Edward D. Pergament, Kenneth S. Canfield, PERGAMENT & CEPEDA LLP

Richard Juang, Ronald M. Daignault, Tedd W. Van Buskirk, DAIGNAULT IYER LLP

Richard Charles Weinblatt, Stamatios Stamoulis, STAMOULIS & WEINBLATT LLC

Dominick T. Gattuso, HEYMAN ENERIO GATTUSO & HIRZEL LLP

Annie R. Steiner, Charles B. Klein, Gregory J. Winter, Jovial Wong, Kevin J. Boyle, Zachary B. Cohen, WINSTON & STRAWN LLP

Carolyn A. Blessing, David B. Abramowitz, Emily L. Savas, Jonathan B. Turpin, Michael J. Gaertner, LOCKE LORD LLP

Pilar Gabrielle Kraman, YOUNG, CONAWAY, STARGATT & TAYLOR LLP