**24-1061**

# United States Court of Appeals for the Federal Circuit

ALLERGAN USA, INC., ALLERGAN HOLDINGS UNLIMITED CO.,
ALLERGAN PHARMACEUTICALS INTERNATIONAL LTD.,
JANSSEN PHARMACEUTICA NV, EDEN BIODESIGN, LLC,

*Plaintiffs-Appellants,*

– v. –

MSN LABORATORIES PRIVATE LTD., MSN PHARMACEUTICALS, INC.,
SUN PHARMACEUTICAL INDUSTRIES LIMITED,

*Defendants-Appellees.*

*On Appeal from the United States District Court for the District of Delaware in Nos. 1:19-cv-01727-RGA, 1:21-cv-01064-RGA, 1:21-cv-01065-RGA and 1:20-cv-01479-RGA, Honorable Richard G. Andrews, Judge*

### RESPONSE TO DEFENDANT-APPELLEE'S MOTION FOR 14-DAY EXTENSION OF TIME TO FILE A PETITION FOR REHEARING OR REHEARING EN BANC

LISA B. PENSABENE
HASSEN A. SAYEED
JAMES Y. LI
O'MELVENY & MYERS LLP
Times Square Tower
Seven Times Square
New York, NY 10036
(212) 326-2000
lpensabene@omm.com
hsayeed@omm.com
jli@omm.com

ERIC W. DITTMANN
MELANIE R. RUPERT
PETER E. CONWAY
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000
ericdittmann@paulhastings.com
melanierupert@paulhastings.com
peterconway@paulhastings.com

STEPHEN B. KINNAIRD
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC 20036
(202) 551-1700
stephenkinnaird@paulhastings.com

August 30, 2024                              *Counsel for Plaintiffs-Appellants*

# CERTIFICATE OF INTEREST

Counsel for Allergan USA, Inc., Allergan Holdings Unlimited Co., Allergan Pharmaceuticals International Ltd., Janssen Pharmaceutica NV, and Eden Biodesign, LLC certifies the following:

| 1. Provide the full names of all entities represented by undersigned counsel in this case. | 2. Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. | 3. Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. |
| --- | --- | --- |
| Allergan USA, Inc., Allergan Holdings Unlimited Co., Allergan Pharmaceuticals International Ltd., Janssen Pharmaceutica NV, and Eden Biodesign, LLC | AbbVie Inc. as real party in interest for Allergan Holdings Unlimited Co. with respect to New Drug Application No. 206940 for Viberzi® brand eluxadoline tablets | AbbVie Inc. (for Allergan USA, Inc., Allergan Holdings Unlimited Co., Allergan Pharmaceuticals International Ltd., and Eden Biodesign, LLC)<br><br>Johnson & Johnson (for Janssen Pharmaceutica NV) |

1. The names of all law firms and the partners or associates that appeared for the party now represented for the entities in the originating court or agency or are expected to appear in this Court (and who have not or will not enter an appearance in this case) are:

MORRIS, NICHOLS, ARSHT & TUNNELL LLP: Jack B. Blumenfeld, Jeremy A. Tigan

O'MELVENY & MYERS LLP: Daniel O'Boyle, Carolyn S. Wall, Mark A. Hayden, Amy Jing Ying Zhao

QUINN EMANUEL URQUHART & SULLIVAN, LLP: Peter J. Armenio, P.C., Anne S. Toker, Colleen Tracy James, Sky C. Adams, Allyson E. Parks, Amanda K. Antons

BAKER & HOSTETLER: Jeffrey J. Lyons

2.  The title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. *See* Fed. Cir. R. 47.4(a)(5) and 47.5(b).

    None

3.  Information required by Federal Rule of Appellate Procedure 26.1(b) and (c) that identifies organizational victims in criminal cases and debtors and trustees in bankruptcy cases.

    Not Applicable

                                      Respectfully submitted,

Dated: August 30, 2024

                                      /s/ Eric W. Dittmann
                                      Eric W. Dittmann
                                      PAUL HASTINGS LLP
                                      200 Park Avenue
                                      New York, NY 10166
                                      (212) 318-6000
                                      ericdittmann@paulhastings.com

                                      *Counsel for Plaintiffs-Appellants*

On August 29, 2024, Defendant-Appellee Sun Pharmaceutical Industries Limited filed a motion requesting a 14-day extension to its time to file a petition for rehearing or rehearing en banc (D.I. 40).  While Plaintiffs-Appellants Allergan USA, Inc., Allergan Holdings Unlimited Co., Allergan Pharmaceuticals International Ltd., Janssen Pharmaceutica NV, and Eden Biodesign, LLC (collectively, "Allergan") would ordinarily consent to a 14-day extension, Allergan opposes an extension in these circumstances to avoid the risk that the disputed claims of U.S. Patent No. 7,741,356 ("the '356 patent") will be invalidated by operation of the judgment of the United States District Court of the District of Delaware absent the issuance of a timely mandate by this Court, as explained in detail in Allergan's previously granted motion to expedite (D.I. 4).

In its motion for an extension, Sun claims that "Allergan's purported basis for opposing Sun's requested extension lacks merit" because "the panel reversed the district court's judgment of obviousness-type double patenting . . . [t]hus, there is currently no deadline for Allergan to file a terminal disclaimer for the '356 patent."  (D.I. 40 at ¶ 7).  But Sun has not represented that it will forgo any challenge of the panel's obviousness-type double patenting ruling in its forthcoming petition for rehearing (or any potential petition for certiorari), which is the only way Sun's claim could be accurate.  If anything, Sun's motion suggests it will pursue such a challenge.  (*See* D.I. 40 ("Regardless, March 14, 2025 [*i.e.*,

1

the deadline for filing any terminal disclaimer] is more than six months away. Ample time remains to consider Sun's forthcoming petition and any response.").) Thus, any extension would be prejudicial to Allergan.

Should Sun commit to limiting any petition it files to the Court's written description ruling, Allergan would not oppose Sun's request for a 14-day extension. Otherwise, Allergan opposes Sun's motion for the reasons explained above.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | <u>/s/ Eric W. Dittmann</u> |
| Lisa B. Pensabene | Eric W. Dittmann |
| Hassen A. Sayeed | Melanie R. Rupert |
| James Y. Li | Peter E. Conway |
| O'MELVENY & MYERS LLP | PAUL HASTINGS LLP |
| 7 Times Square | 200 Park Avenue |
| New York, NY 10036 | New York, NY 10166 |
| (212) 326-2000 | (212) 318-6000 |
| lpensabene@omm.com | ericdittmann@paulhastings.com |
| hsayeed@omm.com | melanierupert@paulhastings.com |
| jli@omm.com | peterconway@paulhastings.com |
|  |  |
|  | Stephen B. Kinnaird |
|  | PAUL HASTINGS LLP |
|  | 2050 M Street, NW |
|  | Washington, DC 20036 |
| Dated: August 30, 2024 | (202) 551-1700 |
|  | stephenkinnaird@paulhastings.com |
|  |  |
|  | *Counsel for Plaintiffs-Appellants* |

2

# CERTIFICATE OF COMPLIANCE WITH
# TYPE-VOLUME LIMITATION, TYPEFACE REQUIREMENTS,
# AND TYPE STYLE REQUIREMENTS

Pursuant to Federal Rule of Appellate Procedure 27(d) and 32(g), I certify the following:

1.    The attached response complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A). The response contains 307 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f) and Federal Circuit Rule 32(b)(2).

2.    This response complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E). The motion has been prepared in a proportionally spaced typeface using MS 365 in a 14 point Times New Roman font.

Date:  August 30, 2024          /s/ Eric W. Dittmann
                                              Eric W. Dittmann
                                              *Counsel for Plaintiffs-Appellants*