

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

October 25, 2024

Eric William Dittmann
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

Re: **Allergan USA, Inc. v. MSN Laboratories Private Ltd.**
    **Appeal No. 24-1061**

Dear Counsel:

The court invites a response from Allergan USA, Inc., Allergan Holdings Unlimited Co., Allergan Pharmaceuticals International Ltd., Janssen Pharmaceutica NV, and Eden Biodesign, LLC to the combined petition for panel rehearing and rehearing en banc filed by Sun Pharmaceutical Industries Limited in this matter.

Please file the response in accordance with Federal Circuit Rules 35 and 40 on or before November 8, 2024.

Very truly yours,

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court
By: M. Hull

cc:    Charles B. Klein