No. 2024-1061

# United States Court of Appeals for the Federal Circuit

---

**ALLERGAN USA, INC., ALLERGAN HOLDINGS UNLIMITED CO., ALLERGAN PHARMACEUTICALS INTERNATIONAL LTD., JANSSEN PHARMACEUTICA NV, EDEN BIODESIGN, LLC,**
*Plaintiffs-Appellants*

v.

**MSN LABORATORIES PRIVATE LTD., MSN PHARMACEUTICALS, INC., SUN PHARMACEUTICAL INDUSTRIES LIMITED,**
*Defendants-Appellees*

---

Appeal from the United States District Court for the District of Delaware, Nos. 1:19-cv-01727-RGA, 1:20-cv-01479-RGA, 1:21-cv-01064-RGA, 1:21-cv-01065-RGA, Judge Richard G. Andrews

---

**UNOPPOSED MOTION FOR WITHDRAWAL OF COMBINED PETITION FOR PANEL REHJEARING AND REHEARING EN BANC AND ISSUANCE OF MANDATE**

---

EIMERIC REIG-PLESSIS
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111
(415) 591-1000
ereigplessis@winston.com

November 25, 2024

CHARLES B. KLEIN
JOVIAL WONG
Winston & Strawn LLP
1901 L Street NW
Washington, DC 20036
(202) 282-5000
cklein@winston.com
jwong@winston.com

*Counsel for Defendant-Appellee Sun Pharmaceutical Industries Limited*

## UNOPPOSED MOTION FOR WITHDRAWAL OF
## COMBINED PETITION FOR PANEL REHEARING
## AND REHEARING EN BANC AND ISSUANCE OF MANDATE

Defendant-Appellee Sun Pharmaceutical Industries Limited hereby moves to withdraw its combined petition for panel rehearing and rehearing *en banc* (ECF No. 43), and requests that the mandate issue forthwith. Plaintiffs-Appellants Allergan USA, Inc., Allergan Holdings Unlimited Co., Allergan Pharmaceuticals International Ltd., Janssen Pharmaceutica NV, and Eden Biodesign, LLC consent to this motion.

Dated: November 25, 2024              Respectfully submitted,

/s/ Charles B. Klein
CHARLES B. KLEIN
Winston & Strawn LLP
1901 L Street NW
Washington, DC 20036
(202) 282-5000

*Lead Counsel for Defendant-Appellee Sun Pharmaceutical Industries Limited*

# CERTIFICATE OF INTEREST

Counsel for Defendant-Appellee Sun Pharmaceutical Industries Limited certifies the following:

1. **Represented Entities.** Fed. Cir. R. 47.4(a)(1): "The full name of every entity represented in the case by the counsel filing the certificate."

    Sun Pharmaceutical Industries Limited

2. **Real Party in Interest.** Fed. Cir. R. 47.4(a)(2): "For each entity, the name of every real party in interest, if that entity is not the real party in interest."

    N/A

3. **Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3): "For each entity, that entity's parent corporation(s) and every publicly held corporation that owns ten percent (10%) or more of its stock."

    N/A

4. **Legal Representatives.** Fed. Cir. R. 47.4(a)(4): "The names of all law firms, partners, and associates that have not entered an appearance in the appeal, and (A) appeared for the entity in the lower tribunal; or (B) are expected to appear for the entity in this court."

    *Winston & Strawn LLP*: Kevin J. Boyle; Annie R. Steiner

    *Heyman Enerio Gattuso & Hirzel LLP*: Dominick T. Gattuso

5. **Related Cases.** Fed. Cir. R. 47.4(a)(5): "An indication as to whether there are any related or prior cases, other than the originating case number(s), that meet the criteria under Federal Circuit Rule 47.5."

    No.

6. **Organizational Victims and Bankruptcy Cases.** Fed. Cir. R. 47.4(a)(6): "All information required by Federal Rule of Appellate

Procedure 26.1(b) and (c) that identifies organizational victims in criminal cases and debtors and trustees in bankruptcy cases."

    N/A

Dated: November 25, 2024

Respectfully submitted,

/s/ Charles B. Klein
CHARLES B. KLEIN
Winston & Strawn LLP
1901 L Street NW
Washington, DC 20036
(202) 282-5000

*Lead Counsel for Defendant-Appellee Sun Pharmaceutical Industries Limited*

## CERTIFICATE OF COMPLIANCE

The foregoing motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A). It contains 52 words.

Dated: November 25, 2024    Respectfully submitted,

/s/ Charles B. Klein
CHARLES B. KLEIN
Winston & Strawn LLP
1901 L Street NW
Washington, DC 20036
(202) 282-5000

*Lead Counsel for Defendant-Appellee Sun Pharmaceutical Industries Limited*