**24-1061**

# United States Court of Appeals for the Federal Circuit

ALLERGAN USA, INC., ALLERGAN HOLDINGS UNLIMITED CO., ALLERGAN PHARMACEUTICALS INTERNATIONAL LTD., JANSSEN PHARMACEUTICA NV, EDEN BIODESIGN, LLC,

*Plaintiffs-Appellants,*

– v. –

MSN LABORATORIES PRIVATE LTD., MSN PHARMACEUTICALS, INC., SUN PHARMACEUTICAL INDUSTRIES LIMITED,

*Defendants-Appellees.*

*On Appeal from the United States District Court for the District of Delaware in Nos. 1:19-cv-01727-RGA, 1:21-cv-01064-RGA, 1:21-cv-01065-RGA and 1:20-cv-01479-RGA, Honorable Richard G. Andrews, Judge*

## UNOPPOSED MOTION FOR WITHDRAWAL OF BILL OF COSTS

LISA B. PENSABENE
HASSEN A. SAYEED
JAMES Y. LI
O'MELVENY & MYERS LLP
1301 Avenue of the
Americas, Suite 1700
New York, NY 10019
(212) 326-2000
lpensabene@omm.com
hsayeed@omm.com
jli@omm.com

ERIC W. DITTMANN
MELANIE R. RUPERT
PETER E. CONWAY
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000
ericdittmann@paulhastings.com
melanierupert@paulhastings.com
peterconway@paulhastings.com

STEPHEN B. KINNAIRD
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC 20036
(202) 551-1700
stephenkinnaird@paulhastings.com

November 25, 2024        *Counsel for Plaintiffs-Appellants*

# CERTIFICATE OF INTEREST

Counsel for Allergan USA, Inc., Allergan Holdings Unlimited Co., Allergan Pharmaceuticals International Ltd., Janssen Pharmaceutica NV, and Eden Biodesign, LLC certifies the following:

| 1. Provide the full names of all entities represented by undersigned counsel in this case. | 2. Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. | 3. Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. |
|---|---|---|
| Allergan USA, Inc., Allergan Holdings Unlimited Co., Allergan Pharmaceuticals International Ltd., Janssen Pharmaceutica NV, and Eden Biodesign, LLC | AbbVie Inc. as real party in interest for Allergan Holdings Unlimited Co. with respect to New Drug Application No. 206940 for Viberzi® brand eluxadoline tablets | AbbVie Inc. (for Allergan USA, Inc., Allergan Holdings Unlimited Co., Allergan Pharmaceuticals International Ltd., and Eden Biodesign, LLC)<br><br>Johnson & Johnson (for Janssen Pharmaceutica NV) |

1. The names of all law firms and the partners or associates that appeared for the party now represented for the entities in the originating court or agency or are expected to appear in this Court (and who have not or will not enter an appearance in this case) are:

MORRIS, NICHOLS, ARSHT & TUNNELL LLP: Jack B. Blumenfeld, Jeremy A. Tigan

O'MELVENY & MYERS LLP: Daniel O'Boyle, Carolyn S. Wall, Mark A. Hayden, Amy Jing Ying Zhao

QUINN EMANUEL URQUHART & SULLIVAN, LLP: Peter J. Armenio, P.C., Anne S. Toker, Colleen Tracy James, Sky C. Adams, Allyson E. Parks, Amanda K. Antons

BAKER & HOSTETLER:  Jeffrey J. Lyons

2. The title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal.  *See* Fed. Cir. R. 47.4(a)(5) and 47.5(b).

None

3. Information required by Federal Rule of Appellate Procedure 26.1(b) and (c) that identifies organizational victims in criminal cases and debtors and trustees in bankruptcy cases.

Not Applicable

Respectfully submitted,

Dated:  November 25, 202

/s/ Eric W. Dittmann
Eric W. Dittmann
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000
ericdittmann@paulhastings.com

*Counsel for Plaintiffs-Appellants*

Plaintiffs-Appellants Allergan USA, Inc., Allergan Holdings Unlimited Co., Allergan Pharmaceuticals International Ltd., Janssen Pharmaceutica NV, and Eden Biodesign, LLC (collectively, "Plaintiffs") hereby move to withdraw its Bill of Costs (ECF No. 39). Defendant-Appellee Sun Pharmaceutical Industries Limited consents to this motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ Eric W. Dittmann |
| Lisa B. Pensabene | Eric W. Dittmann |
| Hassen A. Sayeed | Melanie R. Rupert |
| James Y. Li | Peter E. Conway |
| O'MELVENY & MYERS LLP | PAUL HASTINGS LLP |
| 1301 Avenue of the Americas, Suite 1700 | 200 Park Avenue |
| New York, NY 10019 | New York, NY 10166 |
| (212) 326-2000 | (212) 318-6000 |
| lpensabene@omm.com | ericdittmann@paulhastings.com |
| hsayeed@omm.com | melanierupert@paulhastings.com |
| jli@omm.com | peterconway@paulhastings.com |
|  | Stephen B. Kinnaird |
|  | PAUL HASTINGS LLP |
|  | 2050 M Street, NW |
|  | Washington, DC 20036 |
| Dated: November 25, 2024 | (202) 551-1700 |
|  | stephenkinnaird@paulhastings.com |
|  | *Counsel for Plaintiffs-Appellants* |

1

# CERTIFICATE OF COMPLIANCE WITH
# TYPE-VOLUME LIMITATION, TYPEFACE REQUIREMENTS, AND TYPE STYLE REQUIREMENTS

1. This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A).

The motion contains 41 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f) and Federal Circuit Rule 32(b)(2).

2. This motion complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E).

The motion has been prepared in a proportionally spaced typeface using MS 365 in a 14 point Times New Roman font.

Date:  November 25, 2024            /s/ Eric W. Dittmann
                                    Eric W. Dittmann
                                    *Counsel for Plaintiffs-Appellants*