NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALLERGAN USA, INC., ALLERGAN HOLDINGS UNLIMITED CO., ALLERGAN PHARMACEUTICALS INTERNATIONAL LTD., JANSSEN PHARMACEUTICA NV, EDEN BIODESIGN, LLC,**
*Plaintiffs-Appellants*

**v.**

**MSN LABORATORIES PRIVATE LTD., MSN PHARMACEUTICALS, INC., SUN PHARMACEUTICAL INDUSTRIES LIMITED,**
*Defendants-Appellees*

---

2024-1061

---

Appeal from the United States District Court for the District of Delaware in Nos. 1:19-cv-01727-RGA, 1:20-cv-01479-RGA, 1:21-cv-01064-RGA, 1:21-cv-01065-RGA, Judge Richard G. Andrews.

---

**ON MOTION**

---

PER CURIAM.[1]

# ORDER

Upon consideration of Sun Pharmaceutical Industries Limited's unopposed motion to withdraw its combined petition for panel rehearing and rehearing en banc and have the mandate issue forthwith,

IT IS ORDERED THAT:

The motion is granted. The petition is withdrawn. The mandate shall issue forthwith.

FOR THE COURT

November 27, 2024
Date

Jarrett B. Perlow
Clerk of Court

---

[1] Circuit Judge Newman did not participate.